UNITED STATES of America, Plaintiff–Appellee.

v.

Gustavo BUSTOS, Defendant–Appellant.

No. 07–40198
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 11, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Victoria K. Guerra, McAllen, TX, for Defendant–Appellant.

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM: *

Gustavo Bustos appeals the sentence imposed following his guilty plea to conspiracy to possess with intent to distribute marihuana. He argues that his sentence is unreasonable.

Bustos was sentenced within the applicable guideline sentencing range, and his

---

sentence is presumptively reasonable. *See United States v. Alonzo,* 435 F.3d 551, 554 (5th Cir.2006). He presented no argument in the district court in mitigation of sentence. Moreover, that court adequately explained its reasoning for the sentence. *See Rita v. United States,* — U.S. —, 127 S.Ct. 2456, 2468, 168 L.Ed.2d 203 (2007). Bustos has not rebutted the presumption of reasonableness applicable to his within-guidelines sentence, and the district court did not abuse its discretion. *See Gall v. United States,* — U.S. —, 128 S.Ct. 586, 597, 169 L.Ed.2d 445 (2007).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.